**No. 50032.**—Protest 67005–K of Ringling Bros., Barnum & Bailey Combined Shows, Inc. (Tampa).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

FEBRUARY 14, 1945

**No. 50033.**—
—Protests 36961–K, etc., of Wo Kee & Co. et al.
Plaintiff's application for rehearing granted.

**No. 50034.**—
—Protests 48243–K, etc., of Martel Food Corp. et al.
Plaintiff's application for rehearing granted.